| | | |
|---|---|---|
| People v Molina | 2d Dept: 146 AD3d 815 (Orange) | denied 5/15/17 (Wilson, J.) |
| People v Moore | App Div, 1st Dept: 2017 NY Slip Op 62654(U) (NY) | denied 5/16/17 (Wilson, J.) |
| People v Moreno | 2d Dept: 148 AD3d 827 (Nassau) | denied 5/10/17 (Stein, J.) |
| People v Morris (Eric) | 2d Dept: 147 AD3d 1083 (Suffolk) | denied 5/12/17 (Fahey, J.) |
| People v Morris (Ricky) | App Div, 1st Dept: 2015 NY Slip Op 71727(U) (NY) | denied 5/24/17 (Fahey, J.) |
| People v Mullings | App Div, 3d Dept: 2017 NY Slip Op 65166(U) (Albany) | denied 5/12/17 (Fahey, J.) |
| People v Nealon | 2d Dept: 147 AD3d 784 (Queens) | denied 5/30/17 (DiFiore, Ch. J.) |
| People v Newell | 3d Dept: 148 AD3d 1216 (Rensselaer) | denied 5/25/17 (Garcia, J.) |
| People v Nowlin (Quintin) | 4th Dept: 145 AD3d 1447 (Monroe) | denied 5/2/17 (Garcia, J.) (Appeal No. 1) |
| People v Nowlin (Quintin) | 4th Dept: 145 AD3d 1451 (Monroe) | denied 5/2/17 (Garcia, J.) (Appeal No. 2) |
| People v Nowlin (Quintin) | 4th Dept: 145 AD3d 1452 (Monroe) | denied 5/2/17 (Garcia, J.) (Appeal No. 3) |
| People v Obbagy (Shawn) | 4th Dept: 147 AD3d 1296 (Livingston) | denied 5/10/17 (Stein, J.) (Appeal No. 1) |
| People v Obbagy (Shawn) | 4th Dept: 147 AD3d 1302 (Livingston) | denied 5/10/17 (Stein, J.) (Appeal No. 2) |
| People v Ospina | 1st Dept: 147 AD3d 681 (NY) | denied 5/22/17 (Fahey, J.) |
| People v Owens | 4th Dept: 147 AD3d 1312 (Monroe) | denied 5/2/17 (Garcia, J.) |
| People v Patterson | 2d Dept: 146 AD3d 903 (Dutchess) | denied 5/31/17 (DiFiore, Ch. J.) |
| People v Peoples (Jalaal) | App Div, 3d Dept: 2017 NY Slip Op 62143(U) (Greene) | denied 5/4/17 (Rivera, J.) |
| People v Peoples (Jalaal) | App Div, 3d Dept, 2/23/17 (Greene) | dismissed 5/4/17 (Rivera, J.) |
| People v Peters | App Div, 3d Dept: 2017 NY Slip Op 68209(U) (Chemung) | denied 5/25/17 (Garcia, J.) |
| People v Pig | 4th Dept: 145 AD3d 1606 (Monroe) | denied 5/16/17 (Wilson, J.) |
| People v Pridgen | App Term, 1st Dept: 53 Misc 3d 155(A) (NY) | denied 5/11/17 (Rivera, J.) |
| People v Proctor | App Div, 1st Dept: 2016 NY Slip Op 87408(U) (NY) | dismissed 5/8/17 (DiFiore, Ch. J.) |
| People v Puccini | 3d Dept: 145 AD3d 1107 (Franklin) | denied 5/1/17 (Garcia, J.) |